IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-103 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| RYAN DON ANDREW FORD, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Production of Child Pornography)

On a date unknown, but on or between July 19, 2018, and August 28, 2018, in the Southern District of Iowa, defendant RYAN DON ANDREW FORD did knowingly employ and use a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically images captured by a camera hidden above a shower depicting Child Victim #1 engaging in sexually explicit conduct. Said visual depictions were transmitted from the hidden camera to an Apple iPhone and retained on said telephone. Defendant RYAN DON ANDREW FORD knew and had reason to know that such visual depictions would be transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems or internet. Said visual depictions were produced and transmitted using materials that have been transported in interstate commerce, specifically an Apple iPhone cellular telephone. Said visual depictions were actually

1

transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems or internet.

This is a violation of Title 18, United States Code, Section 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Production of Child Pornography)**

On a date unknown, but on or between July 19, 2018, and August 28, 2018, in the Southern District of Iowa, defendant RYAN DON ANDREW FORD did knowingly employ and use a minor, Child Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically images captured by a camera hidden above a shower depicting Child Victim #2 engaging in sexually explicit conduct. Said visual depictions were transmitted from the hidden camera to an Apple iPhone and retained on said telephone. Defendant RYAN DON ANDREW FORD knew and had reason to know that such visual depictions would be transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems or internet. Said visual depictions were produced and transmitted using materials that have been transported in interstate commerce, specifically an Apple iPhone cellular telephone. Said visual depictions were actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems or internet.

This is a violation of Title 18, United States Code, Section 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Receipt of Child Pornography)

From at date unknown but by at least August 2018 to on or about February 23, 2019, in the Southern District of Iowa, the defendant, RYAN DON ANDREW FORD, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Possession of Child Pornography)

On or about June 21, 2019, in the Southern District of Iowa, the defendant, RYAN DON ANDREW FORD, knowingly possessed material, namely, a black Apple iPhone Model A1660, IMEI 355308084075561, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been

produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

### NOTICE OF FORFEITURE

If defendant RYAN DON ANDREW FORD is convicted of Counts 1, 2, 3, or 4, he shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a black Apple iPhone cellular phone Model A1660, IMEI 355308084075561.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____ for AJK
Adam J. Kerndt
Assistant United States Attorney