AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
12:58 pm, Jun 17 2020

United States of America
v.

RYAN DON ANDREW FORD

*Defendant*

Case No. 4:20-CR-103

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RYAN DON ANDREW FORD,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Cts 1-2: Production of Child Pornography, in violation of U.S.C. 18 § 2251(a) and 2251(e);
Ct 3: Reciept of Child Pornography, in violation of U.S.C. 18 § 2252A(a)(2) and 2252A(b)(1); and
Ct 4: Possession of Child Pornography, in violation of U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2)

WARRANT ISSUED

JOHN S. COURTER, Clerk

Date: 06/17/2020

By: _Marissa Lee_
DEPUTY CLERK

City and state: Des Moines, Iowa

Ross A. Walters, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/17/2020, and the person was arrested on *(date)* 6/22/2020
at *(city and state)* FAIRFIELD, IA.

Date: 6/22/2020

*Arresting officer's signature*

Shawn Bellis AUSA
*Printed name and title*