IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN DON ANDREW FORD,<br><br>        Defendant. | Case No. 4:20-cr-103<br><br>APPEAL OF DETENTION ORDER |

      COMES NOW, the defendant, Ryan Ford, through counsel, pursuant to 18 U.S.C. § 3145, and hereby appeals the order of detention issued on June 29, 2020 by United States Magistrate Judge Celeste F. Bremer (Docket No. 19), that ordered the defendant to be detained during the pendency of this case.  Mr. Ford argues that he rebutted the statutory presumption of detention in this case, and that there are conditions of release available sufficient to reasonably assure his appearance at court proceedings, and the safety of the community, if he is released from custody to pretrial supervision.  The transcript of the detention hearing has been ordered to assist in review of this appeal, and a brief in support of release is attached.

                                              Respectfully submitted,

                                              */s/ Joseph Herrold*
                                              Joseph Herrold, Asst. Federal Defender
                                              FEDERAL PUBLIC DEFENDER'S OFFICE
                                              400 Locust Street, Suite 340
                                              Des Moines, Iowa 50309-2353
                                              PHONE: (515) 309-9610
                                              FAX: (515) 309-9625
                                              E-MAIL: joe_herrold@fd.org
                                              ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Morgan Conn*, Paralegal