IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 4:20-cr-00103-SMR-CFB |
| Plaintiff,  ) | |
| ) | ORDER ACCEPTING |
| vs.  ) | MAGISTRATE JUDGE'S REPORT |
| ) | AND RECOMMENDATION |
| RYAN DON ANDREW FORD,  ) | REGARDING DEFENDANT'S |
| ) | GUILTY PLEA |
| Defendant.  ) | |

## I.  INTRODUCTION AND BACKGROUND

On June 17, 2020, an Indictment was returned against Defendant Ryan Don Andrew Ford, charging him in Counts 1 and 2 with production of child pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e).  Count 3 charged receipt of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).  Count 4 charged possession of child pornography in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

On November 16, 2020, Defendant appeared before United States Magistrate Chief Judge Helen C. Adams, and entered a plea of guilty to Counts 1 and 3 of the Indictment.  On this same date, Chief Judge Adams filed a Report and Recommendation in which she recommends that Defendant's guilty plea be accepted.  No objections to Chief Judge Adams's Report and Recommendation were filed.  The Court, therefore, undertakes the necessary review of Chief Judge Adams's recommendation to accept Defendant's plea in this case.

## II.  ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon review of Chief Judge Adams's findings and conclusions, that there is no ground to reject or modify them. Therefore, the Court accepts Chief Judge Adams's Report and Recommendation of November 16, 2020 [ECF No. 41], and accepts Defendant's plea of guilty in this case to Counts 1 and 3 of the Indictment.

IT IS SO ORDERED.

Dated this 11th day of December, 2020.

_____
STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE