## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose
Criminal No. 4:20-cr-00103-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. RYAN DON ANDREW FORD

---

| | |
|---|---|
| Gov. Atty(s): Adam J. Kerndt | : ✔ Indictment    Superseding Indictment    Information |
| Def. Atty(s): Paul Statler | : In  4  Count(s) – Code Violation: |
| Court Reporter: Kelli Mulcahy | : SEXUAL EXPLOITATION OF CHILDREN 18:2251(a), 2251(e) Production of Child Pornography (1) |
| Interpreter: N/A | : SEXUAL EXPLOITATION OF CHILDREN 18:2251(a), 2251(e) Production of Child Pornography (2) |
| | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(2), 2252A(b)(1) Receipt of Child Pornography (3) |
| Date: April 12, 2021 | : |
| Time Start: 9:33 am   Time End: 10:10 am | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(5)(B), 2252A(b)(2) Possession of Child Pornography (4) |

---

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 1 and 3. | : ✔ Court adopted findings of Final PSR |
| ☐ Jury   ☐ Court guilty verdict to Count(s) | :    Final PSR as amended |

Minutes:

Defendant present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR. Total Offense Level = 43; Criminal History Category = I; Guideline Imprisonment Range = 600 months. 9:41 A victim impact statement is read to the Court. Parties argue appropriate sentence. Defendant allocutes. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 324 months, consisting of 324 months as to Count One and 240 months as to Count Three, to be served concurrently. A 10 year term of supervised release to follow as to each of Counts One and Three, to be served concurrently. Court recommends placement at FCI Pekin. $200 Special Assessment ($100 per count).

Counts 2 and 4 are Dismissed upon Motion of the United States. Defendant is remanded to the custody of the United States Marshal.

/s./ K. Chrismer
Deputy Clerk